# EXHIBIT 1

# SUPER LAW GROUP, LLC

November 8, 2021

**Via E-mail and Certified Mail, Return Receipt Requested**

Mayor, City of Marathon
9805 Overseas Highway
Marathon, Florida 33050
gonzalezl@ci.marathon.fl.us

George Garrett
City Manager, City of Marathon
9805 Overseas Highway
Marathon, Florida 33050
garrettg@ci.marathon.fl.us

Steven Williams
City Attorney, City of Marathon
9805 Overseas Highway
Marathon, Florida 33050
williamss@ci.marathon.fl.us

> Re:    Notice of Violation and Intent to File Suit under the Clean Water Act and the
>         Endangered Species Act

Mr. Mayor, Mr. Garrett, and Mr. Williams:

We are writing on behalf of Friends of the Lower Keys ("FOLKs"), pursuant to Section 505(a) of the federal Clean Water Act and Section 11(g) of the Endangered Species Act[1] to notify you of our clients' intent to file suit against the City of Marathon, Florida ("Marathon") for violations of those Acts.

FOLKs intends to take legal action because Marathon is discharging sewage plant effluent from its twelve shallow sewage wells to waters of the United States without a National Pollution Discharge Elimination System ("NPDES") permit, in violation of Clean Water Act Section 301(a).[2] FOLKs intends to file suit, as an organization and on behalf of its adversely affected members, in the United States District Court for the Southern District of Florida seeking appropriate equitable relief, civil penalties, and other relief no earlier than 60 days from the postmark date of this letter.[3]

Additionally, pursuant to the citizen suit provision of the federal Endangered Species Act, 16 U.S.C. § 1540(g)(1)(A), FOLKs hereby notifies you that FOLKs intends to initiate a citizen

---

[1] 33 U.S.C. § 1365(a) and 16 U.S.C. § 1540. We provide the parallel citation to the United States Code only on first reference.

[2] 33 U.S.C. §§ 1311(a).

[3] *See* 40 C.F.R. § 135.2(a)(3)(c) (notice of intent to file suit is deemed to have been served on the postmark date).

suit in the United States District Court for the Southern District of Florida against Marathon concerning the illegal ongoing "take" of threatened and endangered species occurring in the waters surrounding Marathon as a result of Marathon's sewage effluent discharges.

Marathon's injected sewage plant effluent travels swiftly from its shallow wells, through porous limestone and tidally influenced groundwater beneath the island, and into the surrounding surface waters.  The short trip through the saline groundwater and limestone does not significantly reduce or alter the pollutants that Marathon discharges. Those pollutants include nutrients such as nitrogen and phosphorus. The State of Florida has declared the waters around Marathon to be impaired by excess nutrients.  Marathon discharges nutrients in amounts and concentrations that contribute to these impairments and cause a variety of water quality problems in the waters around Marathon and elsewhere in the Keys marine waters.  Excess nutrients in marine waters are harmful to many forms of sea life that thrive in the typically low nutrient environment of the waters near the Keys, including corals, coral reefs, seagrasses and the animals that depend on seagrass habitats.

Marathon's sewage effluents also convey a variety of other pollutants to surface waters: a wide range of chemicals found in consumer products, pharmaceuticals, and personal care products. Some of these chemicals bioaccumulate in concentrations that are toxic to marine plants and animals and can injure or cause adverse physiological or behavioral responses in those plants and animals. Such discharges also violate Florida's water quality standards.

Marathon's discharges of sewage effluent from shallow wells to surface waters violate the Clean Water Act because they are not authorized by a NPDES permit and because they contribute to concentrations of nutrients and other pollutants that impair water quality, harm plants and animals, and prevent the waters around Marathon from meeting Florida's established water quality standards.  As the owner and operator of the shallow wells, Marathon is responsible for the violations of federal law caused by its discharges of sewage effluent and for remedying them.

Marathon can and, indeed, is required by state law to reduce pollution of coastal waters by moving from shallow sewage wells to a deep well that injects sewage effluent thousands of feet below ground, and below confining layers of impermeable rock that prevent the effluent from rising directly back to surface waters and aquifers.  State law, by a special subsection known as 'the Monroe County Rule,' prohibits discharging domestic wastewater into Florida Keys surface waters.[4] It further provides that "the only practical and cost-effective way to fundamentally improve wastewater management in the Florida Keys is for the local governments in Monroe County…. to timely complete the….sewage treatment and disposal facilities initiated under… the Monroe County Sanitary Master Wastewater Plan, dated June 2000."[5]  This law, in combination with the Master Plan, requires Marathon to eliminate the use of shallow wells for

[4] Section 403.086(11)(a) Fla. Stat.
[5] *Id*. (referring to CH2MHILL (for Monroe Cty. Dept. of Marine Res.), MONROE COUNTY WASTEWATER MASTER PLAN, 2000. ("Master Plan")

sewage effluent disposal and adopt  deep well injection.[6]  Marathon has not complied with this law.  Instead, Marathon has chosen to spread its sewage effluent disposal across five separate areas, using 12 shallow wells that are only cased to 60 feet and left with an open hole down to 90 or 120 feet from the surface, as follows:

| Area | Permitted Disposal Volume (MGD) | Number of Shallow Sewage Effluent Wells |
|:---:|---:|---:|
| 3 | .500 | 2 |
| 4 | .400 | 2 |
| 5 | .450 | 3 |
| 6 | .600 | 3 |
| 7 | .400 | 2 |
| **Totals** | **2.350** | **12** |

The following figure compares deep wells and shallow wells, and illustrates how shallow injection wells do not reach below the natural, confining geological layers that prevent upward migration of non-saline (and therefore buoyant) sewage effluent:[7]

---

[6] *See id*. Section 403.086(11)(b) and (g) (requiring completion of projects called for in appendices to the Master Plan by the end of 2015 that would create centralized treatment facilities in Marathon with capacity exceeding 1 million gallons per day); 403.086(11)(e) (requiring deep injection wells for facilities with capacity exceeding 1 million gallons per day).
[7] Master Plan, *supra* note 5, at Exhibit 3-31.



EXHIBIT 3-31
Comparison of a Deep Injection Well with a Shallow Injection Well

Deep injection wells are an economically practical and available technology that would eliminate Marathon's wastewater impacts on nearby surface waters. All other major population centers in the Keys use deep wells for sewage effluent disposal. Marathon is an outlier, refusing to use a deep injection well and currently seeking to almost double its volume of sewage effluent discharged from shallow wells at its Area 3 wastewater plant to surface waters.

# I.

# BACKGROUND

## A.    Marathon owns and operates shallow sewage wells

Marathon's sewer system conveys municipal sewage to five separate wastewater treatment facilities ("WWTFs").  Marathon disposes of its sewage plant effluent in twelve shallow sewage wells on narrow islands within the 13-mile city limits.  With this infrastructure, Marathon is discharging more than 1 million gallons per day ("MGD") of sewage plant effluent from its shallow wells. Marathon is experiencing very rapid development, and the amount of sewage effluent discharged from its shallow wells will increase accordingly. The shallow wells

are drilled 90 to 120 feet below ground surface into porous and fractured (karstic) limestone formations with tunnels and conduits. Details regarding the shallow wells and the locations of the WWTFs are contained in Appendix A.

## B.  A large body of research supports government findings that shallow sewage wells in the Florida Keys swiftly convey pollutants to the nearby surface waters.

In that context, a substantial body of evidence shows that pollutants discharged from shallow injection wells into the substrate of the Florida Keys – which is "…extremely porous due to an intricate maze of conduits and interconnected pores created by coral growth and meteoric diagenesis…."[8] – migrate rapidly to surface water.  Since the 1990s, researchers have found that shallow sewage wells in the Florida Keys have a direct hydraulic connection to the nearshore waters of the United States and swiftly add pollutants to those nearshore waters.  For example, in 1999, a report by the Florida Keys National Marine Sanctuary Water Quality Protection Program[9] concluded, "In areas where groundwater is saline, injected wastewater is buoyant and rapidly rises to the surface...."[10]

Multiple studies have found that nutrients from shallow sewage injection wells in the Keys are migrating into nearshore surface waters.[11] In 2008, and again in 2018, the Florida Department of Environmental Protection ("FDEP") concluded that water quality in these nearshore waters is "impaired" under State water quality standards and the Clean Water Act in part because of wastewater management practices, including shallow sewage wells.[12]

In fact, studies of shallow sewage wells in Cudjoe Key, which has a similar geological substrate to Marathon, clearly show that groundwater monitoring wells at varied depths exhibit tidal fluctuations consistent with nearby surface waters, indicating a direct hydrological connection.[13]  In 2014, dye tracer tests conducted at Cudjoe Key by researchers at Florida International University indicated that "injected freshwater at the current injection depth of 80' to 120', and at the experimental injection rate of 420 gal/min, readily migrates upward and then

---

[8] JEFFREY CHANTON ET AL., FINAL REPORT: USE OF NATURAL AND ARTIFICIAL TRACERS TO DETECT SUBSURFACE FLOW OF CONTAMINATED GROUNDWATER IN THE FLORIDA KEYS (2001).

[9] The Florida Keys National Marine Sanctuary ["FKNMS"] was established by Congress in 1990 to protect the water quality of the Florida Keys.  "Administered by NOAA, a federal agency, and jointly managed with the State of Florida, Florida Keys National Marine Sanctuary protects 3,800 square miles of waters surrounding the Florida Keys, from south of Miami westward to encompass the Dry Tortugas, excluding Dry Tortugas National Park. The shoreward boundary of the sanctuary is the mean high-water mark, essentially meaning that once you set foot in Keys waters, you have entered the sanctuary." *See About Florida Keys National Marine Sanctuary,* NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, https://floridakeys.noaa.gov/about/welcome.html?s=about (last visited Nov. 3, 2021).

[10] *Water Quality Concerns In The Florida Keys: Sources, Effects, And Solutions*, WILLIAM L. KRUCZYNSKI, FLORIDA KEYS NATIONAL MARINE SANCTUARY WATER QUALITY PROTECTION PROGRAM (September 1999), https://corpora.tika.apache.org/base/docs/govdocs1/255/255677.pdf

[11] HENRY O. BRICEÑO & JOSEPH N. BOYER, 2020 ANNUAL REPORT OF THE WATER QUALITY MONITORING PROJECT FOR THE WATER QUALITY PROTECTION PROGRAM OF THE FLORIDA KEYS NATIONAL MARINE SANCTUARY (2021).

[12] FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, 2018 UPDATE TO THE FLORIDA KEYS REASONABLE ASSURANCE DOCUMENT (2018), hereinafter "2018 Update to FKRAD."

[13] HENRY O. BRICEÑO ET AL., DESIGN AND IMPLEMENTATION OF DYE-TRACER INJECTION TEST, CUDJOE KEY, FLORIDA KEYS (2014).

laterally to the unconfined shallow aquifer and eventually to surface waters."[14]  The tests found that injected freshwater moved through the ground at rates as high as 76 feet per hour, depending on the direction of travel, and that fluid injected into a well could reach surface waters hundreds of feet away in less than a day.[15] This test further demonstrated that shallow sewage well effluent in the Keys rapidly daylights in waters of the United States.

Judicial decisions have also found that wastewater effluent in the Keys poses grave dangers to nearshore waters.  In 1995, a judge of the Florida Division of Administrative Hearings found that:

> Pollution from nutrients in the waters of the Florida Keys is serious, widespread and a long-term threat to the Florida Keys' marine system. The major concern about nutrient loading in the nearshore waters of the Florida Keys is the impact, direct and indirect, it has on the biological communities of the nearshore waters. . . .Nutrients adversely impacting the nearshore waters consist of highly enriched nitrogen and phosphorous. These nutrients cause coastal eutrophication, the major cause of degradation of the nearshore waters and marine resources. . . . One source of nutrients in the nearshore waters and, therefore, a serious threat to the quality of the nearshore waters of the Florida Keys, is wastewater effluent discharged directly or indirectly into the waters. . . . Wastewater effluent, or sewage, contains not only nutrients, but fecal coliform bacteria, pathogens, viruses, disease-causing bacteria and harmful chemicals, all of which adversely impact the nearshore waters and marine resources.[16]

At that time, there were no public sanitary sewage systems in Monroe County.  Cess pits, septic tanks and small waste treatment plants, or "package" plants, were used throughout Monroe County to treat sewage.  The judge noted:

> Typically, sewage treated in package plants is disposed of through shallow bore holes. . . A bore hole is a ninety foot hole in the ground in which effluent is dumped. The depth to which a bore hole is drilled is essentially a surface water depth. . . .The geology of the Florida Keys is highly transmissive. . . . Water at depths to which bore holes are dug moves and migrates. Wastewater injected into a bore hole will eventually reach surface waters because of the porous geology of the Florida Keys and tidally driven vertical movement of groundwater . . . .[17]

As explained below, Marathon's shallow sewage wells are also open bore holes at this depth, and thus also convey sewage effluent to surface waters through the "transmissive" geology of the Keys.

Indeed, FDEP itself has already determined that shallow sewage injection wells convey effluent swiftly and without significant reductions in pollutants into surface waters. For that

---

[14] *Id.* at 2.
[15] Id. at 36-37.
[16] *DCA v. Monroe County*, 1995 Fla. ENV LEXIS 129, *178-179 (Fla. ACC 1995).
[17] *Id.* at *182-183.

reason, the State of Florida and Monroe County have both been working to end the use of shallow sewage wells.

In 2008, FDEP issued the "Central Keys Area Reasonable Assurance Documentation" ("2008 FKRAD"), which was intended to provide "reasonable assurance that stakeholders in the Central Keys Area have provided or will implement sufficient control mechanisms to return the area's halo zone waters to the water quality targets."[18] The 2008 FKRAD stated that if sewage effluent is injected into a shallow well, it will resurface in nearby surface waters with nutrient levels almost completely unchanged.  The 2008 FKRAD discusses the nutrient removal to be expected from various possible management activities and notes, with respect to disposal wells for sewage:

> The "polishing" benefit of the shallow (at least 90 deep and cased to a minimum 60 foot depth) effluent disposal wells is based upon limited in-situ testing of their treatment characteristics in the Florida Keys. The Key Colony Beach investigation (Pennsylvania State University, 1999) indicates that there is virtually no attenuation of Total Nitrogen concentrations, a limited reduction of Total Phosphorus concentrations, and suggests that this reduction would disappear as the receptor sites in the limestone are saturated.[19]

Thus, as early as 2008, FDEP concluded that shallow sewage wells provide virtually no attenuation of nitrogen and little reduction of phosphorus before daylighting in surface waters.

The research and evidence compiled over more than two decades make clear that when Marathon disposes of its sewage effluent by injection into the shallow wells, the effluent – more buoyant than the saline groundwater – travels rapidly from the wells through extremely porous karstic limestone substrate underlying Marathon and into the nearby waters of the United States.

As part of FOLKs' efforts to encourage Marathon to drill the deep well required of it, thus avoiding litigation, FOLKs requested Donald Maynard, a Florida licensed geologist[20], to provide comments to the Florida Department of Economic Opportunity, the state land planning agency, concerning Marathon's efforts to remove a state-imposed requirement that it continue to seek state and federal monies for wastewater infrastructure improvement.[21]  Mr. Maynard's comments included that "the karst geology of the Florida Keys allows partially-treated sewage effluent disposed to 100+- foot deep shallow wells to cause nutrients (nitrogen and phosphorous) to rapidly migrate to surface waters and that this is the functional equivalent of a direct discharge

---

[18] FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, CENTRAL KEYS AREA REASONABLE ASSURANCE DOCUMENTATION ES-1 (2008), hereinafter "2008 FKRAD." (Document defines Central Keys primarily to include Marathon and Isla Morada).

[19] *Id.* at 4-5.

[20] Mr. Maynard also has specialized training and decades of experience in in hydrogeology, the movement of fluids in underground environments. A resident of the Florida Keys, he has spent a great deal of time observing and studying its karst geology. He also has decades of experience as a licensed geologist, engineer and well driller in other states.

[21] The FKNMS Superintendent also requested that the requirement that Marathon continue to seek funding for wastewater improvement remain.  SARAH FANGMAN, SUPERINTENDENT, COMMENTS, FKNMS TO DEPARTMENT OF ECONOMIC OPPORTUNITY (2020).

of the effluent to the surface waters."[22]  "The injected nutrients are only within the rock structures for days or weeks before they discharge to surface water. These periods are insufficient to 'clean' the effluent through any chemical or biochemical process . . . [it] is essentially the same fluid when it reaches the surface water as when it was discharged from the wastewater treatment plant."[23]

Further evidence of effluent migration to surface waters from the City's shallow sewage wells was collected in 2019 by local residents.  The presence of the artificial sweetener sucralose (which is present in sewage, but not in nature) was documented in surface waters near Marathon in a visible plume approximately 1500 feet from two of the shallow sewage wells.  Sampling of the plume showed high concentrations of sucralose, indicative of wastewater effluent in the surface waters.  The City is aware of this evidence.

In sum, it is indisputable that the sewage effluent Marathon discharges from its shallow wells travels quickly through groundwater, carrying contaminants to nearby surface waters with minimal dilution.

Despite this longstanding body of evidence concerning the rapid movement of sewage effluent from shallow injection wells to surface waters and the resulting harmful effects to marine waters associated with shallow sewage well disposal practices, Marathon is currently seeking to almost double the shallow sewage well disposal capacity at its Area 3 WWTF, one of its larger plants, to about one million gallons per day.

C.    **Marathon discharges a number of pollutants from its shallow sewage wells to several adjacent and impaired waterbodies.**

Marathon's shallow sewage wells discharge flow into waterbodies on both the ocean and Florida Bay sides of the Keys. The State of Florida has mapped and identified those waterbodies as:

| WBID | Waterbody Name | Impairments[24] |
|------|----------------|-----------------|
| 6011A | Vaca Key | nutrients; copper; mercury in fish tissue |
| 6011B | Key Colony | nutrients |
| 6011C | Grassy Key | nutrients; mercury in fish tissue |
| 6016 | Duck Key | nutrients; dissolved oxygen |
| 8081A | Coco Plum Beach | nutrients |

[22] DONALD M. MAYNARD, COMMENTS: 7-10-20 WORKSHOP, DEPARTMENT OF ECONOMIC OPPORTUNITY 1 (2020).
[23] *Id.* at 3.
[24] Information about nutrient impairments is drawn from: 2018 Update to FKRAD (*see supra*, note 12, at 9-10, 13-14).  Information about other impairments is drawn from the Assessment Lists prepared by the FDEP, Division of Environmental Assessment and Remediation, Watershed Assessment Section. Specifically, from the Statewide Comprehensive Verified List of Impaired Waters (June 21, 2021) and the Statewide Comprehensive Delist List (June 3, 2020).  Both lists are available at: https://floridadep.gov/dear/watershed-assessment-section/content/assessment-lists.

Notice of Violation and Intent to Sue                                    November 8, 2021

| 8081B | Sombrero Beach | nutrients; bacteria |
|-------|----------------|---------------------|
| 8077A | Curry Hammock State Park | nutrients |

The State has also designated the waters of the Florida Keys as "Outstanding Florida Waters" and Special Waters, deserving of extra protection.[25]  Any applicant for a permit that would allow a discharge to an Outstanding Florida Water must meet special requirements, which Marathon's shallow sewage wells do not and cannot meet.[26]

Marathon conveys numerous pollutants into these waters, including: sewage plant effluent; the nutrients in that effluent, including nitrogen (in various forms such as nitrate, nitrite, ammonia, and ammonium) and phosphorus (in forms such as inorganic phosphorus and phosphate salts); oxygen demanding substances measured in chemical oxygen demand and biological oxygen demand; fecal coliform; excessive or minimal pH levels; total suspended solids; and total residual chlorine.  Marathon's sewage effluent also contains numerous pharmaceuticals and personal care products ("PPCPs"), as well as other drugs and chemicals that are persistent and mobile in the environment and have been reported in groundwater in multiple regional and national surveys. Appendix B lists PPCPs commonly found in sewage – on information and belief, FOLKS alleges that these PPCPs are found in Marathon's sewage.

On information and belief, Marathon's discharges also include per- and polyfluoroalkyl substances ("PFAS").  According to the EPA, PFAS "break down very slowly and can build up in people, animals, and the environment over time."[27]  PFAS are present in many products including food, food packaging, household products, and personal care products, such as some shampoos and cosmetics.[28]  In exposed people, PFAS pose health risks that range from obesity and higher cholesterol to reproductive health impacts and immune dysfunction to certain cancers.[29]  The accumulation of PFAS  in the marine environment is leading to the accumulation of high concentrations of these same substances in the tissue of fish that people eat, and in a number of threatened and endangered species including manatees,  turtles, alligators,  seabirds, dolphins, and whales.[30]  There is cause for concern that these pollutants may accumulate at levels that harm these species.[31]

---

[25] Rule 62-302.700, F.A.C.
[26] *Id.*, *see also* Rule 62-4.242(2)(a), F.A.C.
[27] *Our Current Understanding of the Human Health and Environmental Risks of PFAS*, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, https://www.epa.gov/pfas/our-current-understanding-human-health-and-environmental-risks-pfas (last visited Nov. 3, 2021).
[28] *Id.*
[29] *Id.*
[30] Max. G. Levy, *Are Forever Chemicals Harming Ocean Life?*, THE REVELATOR (Aug. 24, 2020) (https://therevelator.org/pfas-ocean-wildlife/).
[31] *Id.*

### D.     Marathon's sewage effluent discharges are harming nearby surface waters

Issues related to deteriorating water quality in the Keys caused by nutrient loads have been recognized for decades.  Due to the unique significance of the Florida Keys ecosystems, the Keys have been the subject of significant regional, state and federal scrutiny.  As early as 1975, for instance, the Administration Commission created by the Florida Legislature to designate areas of critical state concern recognized that the Florida Keys had begun "to suffer…from their own success" and declared the Florida Keys to be an area of critical state concern.[32]

Due to excessive nutrient pollution in the Keys, multiple Florida Keys nearshore waters and their halo zones have been designated as "impaired" by FDEP and the U.S. EPA under section 303(d) of the Clean Water Act.  Such waters are impaired for nutrients, meaning that excessive nutrient loadings have caused these waters to fail to meet their designated uses under the Clean Water Act.  The nearshore waters around Marathon listed in the table above have been impaired since the 1990s and remain impaired.[33]  Despite significant expenditures since the 1990s on wastewater infrastructure based on the use of shallow wells, and despite continuing regulatory oversight, the waters near Marathon remain impaired today.

These excessive nutrient loadings can be seen on the visual depictions below.  Surface nitrate concentrations around Marathon are high compared to many other areas of the Florida Keys.  The following figure shows recent nitrate concentrations in and around Marathon:[34]



Moreover, the need to reduce pollution in the waters offshore the Florida Keys to protect and restore water quality was the basis on which the U.S. Congress designated the nearshore waters of the Florida Keys as the Florida Keys National Marine Sanctuary.[35]  Congress has also

---

[32] DEPARTMENT OF ADMINISTRATION, DIVISION OF STATE PLANNING, STATE OF FLORIDA, FINAL REPORT AND RECOMMENDATIONS FOR THE PROPOSED FLORIDA KEYS AREA OF CRITICAL STATE CONCERN 2, 13-15, 23-26 (1974), as cited in Thomas G. Pelham, *Regulating Areas of Critical State Concern: Florida and the Model Code*, 18 URB. L. ANN. 03 (1980), available at: https://openscholarship.wustl.edu/law_urbanlaw/vol18/iss1/2.

[33] 2008 FKRAD, *supra* note 18, at 6-5; 2018 Update to FKRAD, *supra* note 12, at 9.

[34] HENRY O. BRICEÑO & JOSEPH N. BOYER, 25 YEARS OF WATER QUALITY MONITORING IN THE FLORIDA KEYS NATIONAL MARINE SANCTUARY (2020).

[35] Fla. Keys National Marine Sanctuary and Protection Act of 1990, Pub.L. No. 101–605, 104 Stat. 3089.

Notice of Violation and Intent to Sue                                      November 8, 2021

mandated a Water Quality Protection Program for the Florida Keys, requiring the State of Florida, the U.S. EPA, and the National Oceanic and Atmospheric Administration to work together to develop a Water Quality Protection Program to monitor and investigate water quality and provide periodic reports.  As part of this effort, strategic targets for different pollution parameters were established for the FKNMS.[36]  Pursuant to these strategic targets, within the Florida Keys nearshore and coastal waters including the halo zones, dissolved inorganic nitrogen (DIN) and total phosphorus (TP) concentrations must not exceed certain levels.

FOLKs has commissioned an analysis of the official FKNMS data concerning Marathon's halo zone water quality.  The data show that from 2012 to 2018, "Marathon halo zone waters were not compliant with EPA Strategic Targets 78.2% and 67.9% of the timeseries for DIN and TP concentrations, respectively. Linear regressions of 4-year moving windows of DIN and TP concentrations show consistent time periods of increasing non-compliant nutrient concentrations."[37] This analysis thus demonstrates that nutrient levels around Marathon remain consistently non-compliant with regulatory requirements in the halo zone of its nearshore waters, despite Marathon's development of five wastewater treatment plants using 12 shallow sewage wells.

### E.      Marathon's sewage effluent discharges harm threatened and endangered species and their Designated Critical Habitats.

At present there are 23 threatened or endangered marine species that exist in the FKNMS, which completely surrounds Marathon.[38]  The National Marine Fisheries Service – a unit of the National Oceanic and Atmospheric Administration – has designated critical habitat within the FKNMS for 12 species, including loggerhead turtles, smalltooth sawfish, elkhorn coral, staghorn coral, and piping plover.  In particular, all of the waters directly offshore of Marathon on the ocean side (south side) are designated critical habitat for loggerheads, and elkhorn and staghorn coral.  These waters are also proposed critical habitat for boulder star coral, mountainous star coral, rough cactus coral, pillar coral, and lobed star coral.[39]

Another unit of NOAA, the Office of National Marine Sanctuaries, oversees the FKNMS, and is developing a "Restoration Blueprint" for the FKNMS.  The FKNMS contains nationally-significant marine habitats including seagrass beds, coral reef colonies, and mangrove-fringed islands.  The FKNMS is home to thousands of marine species, including dozens of threatened and endangered species of animals and plants.

---

[36] BRICEÑO AND BOYER, *supra* note 11, at 78.
[37]  STEVEN M. LOMBARDO, ASSESSMENT OF TRENDS IN MARATHON COASTAL WATER NUTRIENT CONCENTRATIONS AND EPA TARGET COMPLIANCE WITHIN THE FLORIDA KEYS NATIONAL MARINE SANCTUARY 1 (September 2021), available here: https://7614fe57-40e2-4d4d-936e-528968b0bd91.filesusr.com/ugd/bfe730_e09bb2be7a44479dbad4115131f1f52f.pdf.
[38] *See* OFFICE OF NATIONAL MARINE SANCTUARIES, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, DRAFT ENVIRONMENTAL IMPACT STATEMENT FOR FLORIDA KEYS NATIONAL MARINE SANCTUARY: A RESTORATION BLUEPRINT 211 (2019), hereinafter "DEIS."
[39] Data available from NOAA Fisheries ESA Critical Habitat Mapper (https://www.fisheries.noaa.gov/resource/map/critical-habitat-maps-and-gis-data).

Notice of Violation and Intent to Sue                                   November 8, 2021

A number of important habitats are located in FKNMS waters directly affected by Marathon's discharges.  NOAA is proposing to recognize five "sanctuary preservation areas" (an increase from the current two such areas) within five miles of Marathon on the ocean side of the Keys.  These areas are designed to protect important coral reef habitats.  NOAA is also proposing to create a variety of restricted access areas just offshore of Marathon on both the ocean and bay sides to protect seagrass and hard bottom habitats.

Coral reefs, seagrass beds, and hardbottom habitats in the Keys are all critical types of habitat. There are seven coral species within the Florida Keys that are listed as threatened under the Endangered Species Act, including elkhorn, staghorn, and star corals – all of which are found in the waters near Marathon.  Water low in nutrients such as nitrogen and phosphorus is an important factor in the survival of a coral reef community.  Coral reefs in the Florida Keys are also an important feeding area for visiting predators.[40]

The seagrass beds of the Florida Keys are home to many threatened marine invertebrates.[41]  Further, many seabird species are dependent on Florida Keys seagrass communities for their diet, including: great white heron; reddish egret; tricolored heron; white pelicans and others.[42]  "Federally listed animal species that depend upon seagrass habitat in South Florida include: American crocodile (Crocodylus acutus), green sea turtle (Chelonia mydas), loggerhead sea turtle (Caretta caretta), hawksbill sea turtle (Eretmochelys imbricata), leatherback sea turtle (Dermochelys coriacea), Kemp's ridley sea turtle (Lepidochelys kempii), roseate tern (Sterna dougallii dougallii), wood stork (Mycteria americana), bald eagle (Haliaeetus leucocephalus), smalltooth sawfish (Pristis pectinata), West Indian manatee (Trichechus manatus), and others."[43]

The important habitats near Marathon that the FKNMS plan calls out for special protection include:

- Coffins Patch Sanctuary Preservation Area: a reef that hosts some of the largest historic populations of Endangered Species Act-listed staghorn, elkhorn, and pillar corals.[44]
- Marathon Key Sanctuary Preservation Area: an important coral nursery and degraded reef in need of restoration.[45]
- Marathon Oceanside Shoreline Wildlife Management Area: the inshore area of the Vaca Bight, near Vaca Cut, along the south shore of Marathon Key, which contains important nearshore seagrass and hard bottom habitats.[46]
- Moser Channel Banks Wildlife Management Areas and Red Bay Banks Conservation Area: these areas north and west of Marathon, beginning just offshore and extending about three miles from Marathon, contain seagrass and hard bottom habitats that are

---

[40] DEIS at 186.
[41] *Id*. at 192.
[42] *Id*.
[43] *Id*.
[44] *Id*. at 120.
[45] *Id*. at 121.
[46] *Id*. at 122.

home to sponges, corals, conchs, sea stars, and provide an important connection between the near shore areas and the offshore reefs for juvenile fish.[47]

- Delta Shoal Sanctuary Preservation Area: an area critical as a sanctuary to restore nearby degraded coral reef ecosystems.[48]
- Sombrero Key Sanctuary Preservation Area: this area, located several miles southwest of Marathon, has a high abundance of Endangered Species Act-listed star corals and is an important site for diverse coral assemblages such as brain and other boulder coral species and barrel sponges.[49]

The following figure depicts the boundaries of the FKNMS and the above identified areas:[50]



In addition, the endangered West Indian Manatee is also found in the nearshore waters of Marathon and relies on local seagrass beds for forage.[51]

---

[47] *Id.* at 123.
[48] *Id.* at 124.
[49] *Id.* at 125.
[50] *Id.* at 109.
[51] *Id.* at 192.

Notice of Violation and Intent to Sue                                              November 8, 2021

**F.     Marathon must use deep well injection for sewage effluent disposal in order to comply with the Clean Water Act and Endangered Species Act**

Because shallow sewage wells compromise the water quality of the Florida Keys, the Florida Legislature has required Marathon to end the use of shallow wells.  Florida Statute § 403.086 states that "that the only practical and cost-effective way to fundamentally improve wastewater management in the Florida Keys is for the local governments in Monroe County . . . to timely complete the wastewater or sewage treatment and disposal facilities initiated under the work program of . . . the Monroe County Sanitary Master Wastewater Plan, dated June 2000."  Pursuant to Section 403.086 and the Master Plan, Marathon is required to centralize sewage treatment and implement deep well injection as the means of disposing of its sewage plant effluent.  Specifically, the Master Plan directs that Marathon be consolidated into regional treatment systems, with treatment capacity of 1.0 MGD expanding up to 2.0 MGD.[52]  Deep well injection is required for treatment systems with this level of capacity.[53]

The Master  Plan explains deep well injection and notes its advantages over shallow wells. "As opposed to shallow wells, which reach depths of only 90 feet, deep injection wells are cement and steel encased wells that reach depths of up to 3,000 feet below ground."[54]  "The geological formations through which the wells traverse serve as natural safeguards that prevent leakage of treated effluent upward."[55] Unlike shallow wells, deep wells prevent sewage plant effluent from migrating to nearby surface waters.[56]

FDEP also notes that deep well injection would prevent water quality deterioration in the halo zones.  While the 2008 FKRAD requires monitoring that includes measuring the "total pounds of nutrients in the finished effluent that is discharged to shallow disposal wells," the 2008 FKRAD does not call for monitoring of nutrients in effluent discharged to deep wells because "they are not expected to be measurable due to the depth at which they are being discharged."[57]  For those reasons, for purposes of calculating nutrient loadings into nearby surface waters, the 2008 FKRAD adopts a "'zero' post-injection nutrient removal rate, in combination with a 100% return rate, for all wastewater and stormwater effluents discharged to shallow disposal wells."[58]  In contrast, the 2008 FKRAD states that deep well injection results in complete removal of nutrients from the local waters, with a 100% removal rate and 0% return rate.[59] Key Largo, Islamorada, Cudjoe Regional, and Key West have converted to deep wells.  Marathon is the outlier, refusing to obtain NPDES permits or convert to deep well disposal as required by Florida law.

Marathon should have transitioned to deep well injection years ago as required by law and supported by science, to eliminate impacts on halo zone water quality and threatened and endangered species and their habitats near Marathon.  Marathon's current efforts to expand its

---

[52] Master Plan, *supra* note 5, at 6-3, 6-4, 6-5, 7-5.
[53] *Id.* at 3-19, 3-22.
[54] *Id.* at 3-21.
[55] *Id.* at 3-22.
[56] *Id.*
[57] 2008 FKRAD, *supra* note 18, 6-2.
[58] *Id.* at Exhibit 5-1.
[59] *Id.*

use of shallow sewage wells in the face of indisputable evidence that sewage effluent disposed from its shallow wells is surfacing in nearby waters, demonstrates that Marathon intends to wilfully continue its illegal behavior.  It is therefore necessary for FOLKs to initiate a citizen suit seeking a court order requiring Marathon to cease its unlawful practices and pay substantial civil penalties for its past violations.[60]

**II.**

**STANDARDS AND LIMITATIONS ALLEGED TO HAVE BEEN VIOLATED
AND ACTIVITIES ALLEGED TO CAUSE VIOLATIONS**

### A.        Unpermitted Discharges of Pollutants to Waters of the United States

Section 301 of the Clean Water Act prohibits "the discharge of any pollutant by any person"[61] to waters of the United States, unless the discharge complies with various enumerated sections of the Clean Water Act.  Among other things, Clean Water Act Section 301(a) prohibits discharges not authorized by a permit issued pursuant to Section 402 of the Act (i.e., a NPDES permit).[62]  All discharges that violate Sections 301 and/or 402 of the Act are enforceable by citizens pursuant to Section 505 of the Act.[63]

Marathon's discharges of sewage effluent into waters of the United States constitute such prohibited discharges, and these discharges are ongoing.  Under the Clean Water Act, the term "discharge of a pollutant" includes "any addition of any pollutant to the waters of the contiguous zone or the ocean from any point source other than a vessel or other floating craft."[64] As noted above, Marathon discharges pollutants from shallow sewage wells, which are "point sources" of pollution under the Act.[65]

The pollution that Marathon discharges through these wells is added to surface waters in days or weeks.  Upon reaching the surface waters, the pollution is still characteristically and

---

[60] *See* 33 U.S.C. §1319(d) ("Any person who violates [the Clean Water Act] . . .  shall be subject to a civil penalty[.]"); *Atlantic States Legal Foundation, Inc. v. Tysons Foods, Inc.*, 897 F.2d 1128, 1142 (11th Cir. 1990) (stating that "once a violation has been established, some form of penalty is required.").  The maximum penalty for each violation is $56,460.  *See* 40 C.F.R. §§ 19.2 and 19.4.  Marathon has amassed more than 20,000 violations of the CWA.  In determining the penalty that shall be imposed, "the court shall consider the seriousness of the violation or violations, the economic benefit (if any) resulting from the violation, any history of such violations, any good-faith efforts to comply with the applicable requirements, the economic impact of the penalty on the violator, and such other matters as justice may require."  33 U.S.C. § 1319(d).

[61] Clean Water Act § 301 (33 U.S.C. § 1311).

[62] *See* Clean Water Act §§ 301(a), and 402 (33 U.S.C. § 1311(a), and 1342).

[63] *See* Clean Water Act § 505(a) (33 U.S.C. 1365(a)) ("any citizen may commence a civil action on his own behalf … against any person … who is alleged to be in violation of … an order issued by … a State with respect to … [an effluent standard or limitation under this chapter].");  (f)(1) (33 U.S.C. § 1365(f)(1)) (defining discharge without a permit or in violation of the conditions of a permit, either of which constitutes "an unlawful act under subsection (a) of section 1311," as an "effluent standard or limitation" that citizens can enforce); and (f)(7) (33 U.S.C. § 1365(f)(7)) (defining a NPDES permit or a condition thereof as an "effluent standard or limitation" that citizens can enforce).

[64] 33 U.S.C. § 1362(12).

[65] 33 U.S.C. § 1362(14) ("The term 'point source' means any discernible, confined and discrete conveyance, including but not limited to any . . . well . . .  from which pollutants are or may be discharged.")

recognizably sewage effluent from Marathon: it contains the nutrients and chemicals commonly found in sewage that originated from Marathon's shallow wells, with little reduction in the total amount of pollution. For these reasons, Marathon's disposal of sewage through shallow wells functions like a direct discharge of that sewage to the ocean - the wells are effectively conveying pollutants from Marathon's sewage plants to nearby surface waters, functioning in a manner roughly similar to a pipe or other more direct conveyance. Thus, Marathon's point source discharges through shallow wells located close to the shoreline are the "functional equivalent of a direct discharge" to the nearby surface waters, as that concept was articulated recently by the Supreme Court in *County of Maui v. Hawai'i Wildlife Fund*, 140 S. Ct. 1462 (2020). Because Marathon's discharges are not made in accordance with the terms of a NPDES permit, every day that Marathon discharges sewage plant effluent from a shallow well constitutes a separate violation of the Clean Water Act with respect to each well.

**B.**  **Violations of Water Quality Standards**

Marathon's unpermitted discharges of sewage effluent cause or contribute to violations of water quality standards in nearby surface waters. No NPDES permit can authorize a discharge that causes or contributes to violations of water quality standards.[66] Until Marathon ends use of shallow wells, it will remain in violation of Section 301 of the Clean Water Act.

The State of Florida has identified the waters of the Central Keys as "Class III waters."[67] Class III waters must be kept in a condition suitable to protect fish consumption, recreation, and the propagation and maintenance of a healthy, well-balanced population of fish and wildlife.[68] In order to meet their uses as Class III waters, the waters surrounding Marathon must meet numeric and narrative water quality criteria established by the State of Florida. Marathon causes or contributes to at least two different types of violations of water quality standards: violations of Florida's numeric and narrative standards for nutrient concentrations in the waters of the Central Keys, and violations of Florida's narrative standard for other toxic chemicals.

First, the Florida Keys nearshore waters and their halo zones have been designated by the EPA and FDEP as impaired for excess nutrients in violation of the Clean Water Act since the 1990s and remained so as of the last update in 2018. Marathon's unpermitted discharges, which continue to add nutrients to nearby surface waters, contribute to this impairment and the failure of the Marathon nearshore waters and halo zone waters to attain Florida's water quality standards for nutrients. Florida's nutrient standards include numeric nitrogen and phosphorus criteria, expressed as annual geometric mean values, which are not to be exceeded more than once in a three-year period.[69] Additionally, Florida has adopted a narrative water quality criterion for

---

[66] *See* 40 C.F.R. 122.44(d) (requiring that all NPDES permits contain limitations for all pollutants that have the reasonable potential to cause or contribute to a violation of water quality standards and that such limits assure that the water quality standards will be attained).
[67] Rule 62-302.400(4), F.A.C.
[68] *Id*.
[69] Rule 62-302.532(g)(5), F.A.C.

nutrients: "in no case shall nutrient concentrations of a water body be altered so as to cause an imbalance of natural populations of flora or fauna."[70]

Marathon's halo zone waters fail to meet these standards.  FDEP and EPA have designated the waterbodies adjacent to Marathon as impaired for nutrient pollution.  As discussed above, the excess of nutrients in these waters is known to cause imbalances of natural populations of flora and fauna; degradation of natural seagrass and coral reef habitats that include shifts in abundance and species composition; as well as promotion of excessive algal and polyphyton growth. Marathon's ongoing discharges contribute to the impaired status of nearby surface waters, thereby violating the Clean Water Act.

Marathon's ongoing discharges also violate another water quality standard. Waterbodies in the State of Florida shall not contain any "[s]ubstances in concentrations which injure, are chronically toxic to, or produce adverse physiological or behavioral response in humans, plants, or animals.[71]  As noted above, Marathon's discharges of sewage effluent not only convey excess nutrients to nearby surface waters, but also numerous pharmaceuticals, illegal drugs and personal care products.  Plaintiffs believe and allege that PPCPs and other chemicals found in sewage are present in concentrations that can injure, can be chronically toxic, can cause disease, or can alter hormone levels, disrupt endocrine levels, depress immune systems and lead to adverse reproductive and behavioral effects in aquatic organisms.  Marathon's ongoing discharges also cause or contribute to violations of this water quality standard.

C.     **Take of Threatened and Endangered Species**

The Endangered Species Act, enacted by Congress in 1973, establishes a comprehensive program for the protection of imperiled species and their habitats. Under the Endangered Species Act, the Services must identify and list "endangered" and "threatened" species,[72] designate their "critical habitats," and promote their recovery through the development and implementation of recovery plans.[73]

Section 9 of the ESA prohibits any "person" from "taking" or causing take of any member of a threatened or endangered species.[74]  The term "take" means to "harass, harm,

---

[70] Rule 62-302.530(48)(b), F.A.C. Additionally, Rule 62-302.532(48)(a) states that "The discharge of nutrients shall continue to be limited as needed to prevent violations of other standards contained in this chapter. Man-induced nutrient enrichment (total nitrogen or total phosphorus) shall be considered degradation in relation to the provisions of Rules 62-302.300, 62-302.700, and 62-4.242, F.A.C."

[71] Rule 62-302.530(62), F.A.C.

[72] An "endangered" species is one "in danger of extinction throughout all or a significant portion of its range," and a "threatened" species is "likely to become endangered in the near future throughout all or a significant portion of its range." 16 U.S.C. § 1532(6) & (20).

[73] 16 U.S.C. §§ 1533, 1536, 1538, 1539.

[74] 16 U.S.C. § 1538(a)(1)(B); 50 C.F.R. §§ 17.21, 17.31, 224.102.  The Act's prohibition on take applies equally to threatened terrestrial species, unless a species-specific rule promulgated by the U.S. Fish and Wildlife Service pursuant to Section 4(d) provides otherwise. 50 C.F.R. § 17.31(a).  In the case of marine species, the prohibition on take of threatened species applies to sea turtles, marine mammals, certain corals, and certain other threatened species.  *See generally*, 50 C.F.R. § 223.

pursue, shoot, wound, kill, trap, capture, or to attempt to engage in any such conduct."[75]  Courts have recognized that, in addition to past and current threats of harm, the likely threat of future harm also constitutes "take" under the ESA.[76]  The Endangered Species Act's legislative history supports "the broadest possible" reading of the prohibition against take.[77]  The "plain intent of Congress in enacting [the Act] … was to halt and reverse the trend toward species extinction, whatever the cost. This is reflected not only in the stated policies of the Act, but in literally every section of the statute."[78]  "Take" includes direct as well as indirect harm and need not be purposeful.[79]

In particular, the prohibition on take includes a prohibition on significant modification or harm to a species' habitat.[80] As noted above, the definition of take includes to "harass" or "harm" an individual of a protected species.  "Harass" is an intentional or negligent act or omission which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding or sheltering.[81]  "Harm" includes "significant habitat modification or degradation which actually kills or injures fish or wildlife by significantly impairing essential behavioral patterns, including, breeding, spawning, rearing, migrating, feeding or sheltering."[82]

The Endangered Species Act authorizes private enforcement of the take prohibition through a broad citizen suit provision. "[A]ny person may commence a civil suit on his own behalf to enjoin any person, including . . . any . . . governmental instrumentality or agency . . . who is alleged to be in violation of any provision of [the Act] . . . ."[83]  A plaintiff may seek to enjoin both present activities that constitute an ongoing take and future activities that are reasonably likely to result in take.[84]  The Act's citizen suit provision also provides for the award of costs of litigation, including reasonable attorney and expert witness fees.[85]  The take prohibition applies to any "person," defined as "an individual, corporation, partnership, trust, association, or any other private entity."[86]

---

[75] 16 U.S.C. § 1532(19).

[76] *Marbled Murrelet v. Babbitt*, 83 F.3d 1060, 1066 (9th Cir.1996); *Loggerhead Turtle v. Cnty. Council of Volusia Cnty., Florida*, 92 F. Supp. 2d 1296, 1302 (M.D. Fla. 2000).

[77] *Babbitt v. Sweet Home Chapter of Cmtys. for a Great Or.*, 515 U.S. 687, 704-05 (1995).

[78] *Id.* at 699.

[79] *Id.* at 704.

[80] See, e.g., *id.* at 696 (Activities "take" listed species where they "have the effect, even though unintended, of detrimentally changing the natural habitat of listed species and that, as a consequence, members of those species will be killed or injured."); *Strahan v. Roughead*, 910 F.Supp.2d 358, 377 (D. Mass. 2012) ("[D]egradation of critical habitat may, in fact, lead to violations of ESA §9."); *Envtl. Prot. Info. Ctr. v. Simpson Timber Co.*, 255 F.3d 1073, 1075 (9th Cir. 2001) ("Eliminating a threatened species' habitat thus can constitute "taking" that species for purposes of section 9.")

[81] 50 C.F.R. § 17.3; *see also Strahan v. Roughead*, 910 F.Supp.2d at 377 ("The NMFS also interprets 'harassment' as meaning 'an intentional or unintentional human act or omission that creates the probability of injury to an individual animal by disrupting one or more behavioral patterns that are essential to the animal's life history or its contribution to the population the animal represents.'").

[82] 50 C.F.R. § 222.102.

[83] 16 U.S.C. § 1540(g).

[84] *National Wildlife Fed'n v. Burlington Northern Railroad*, 23 F.3d 1508, 1511 (9th Cir. 1994).

[85] 16 U.S.C. § 1540(g)(4).

[86] 16 U.S.C. §§ 1538(a)(1), 1532(13).

Notice of Violation and Intent to Sue                                    November 8, 2021

The primary mechanism for avoiding liability under Section 9 is to apply for and receive an incidental take permit.[87]  The Endangered Species Act provides that the Secretaries of the Interior and Commerce departments may permit the take of endangered and threatened species under some circumstances.  These Secretaries are responsible for land-based and aquatic wildlife species, respectively, and each is referred to as "the Secretary" in the Act.  Section 10(a)(1)(A) provides that the Secretary may issue permits "for scientific purposes or to enhance the propagation or survival of the affected species, including, but not limited to, acts necessary for the establishment and maintenance of experimental populations pursuant to subsection (j) [of the Act]."[88]  Section 10(a)(1)(B) provides that the Secretary may permit "any taking otherwise prohibited by [section 9(a)(1)(B) of the Act] if such taking is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity."[89]

### *Nutrients in sewage effluent harm the habitats of endangered species found near Marathon*

As noted above, Marathon discharges significant quantities of nutrients – nitrogen and phosphorus – from its shallow wells into the surface waters just offshore.  The waters around Marathon are impaired by excess nutrients, exceed the water quality Strategic Targets set by the EPA for the FKNMS, and have higher nitrogen concentrations compared to many other areas of the Florida Keys.  These nutrient loadings are harming endangered animals found near Marathon and the habitats they rely on: coral reefs, seagrass beds, and hard bottom habitats.

Water quality degradation, particularly an excess of nutrients, is an important cause of declines in the abundance, distribution, and species composition of coral reefs and seagrass beds in the Florida Keys.[90]  As the National Oceanic and Atmospheric Administration notes in the Restoration Blueprint for the Florida Keys National Marine Sanctuary: "Ensuring good water quality in the sanctuary is essential to maintaining the richness and diversity of its varied environments. Coral reefs depend on clear, clean, low-nutrient waters to thrive. Seagrass meadows also need a relatively low-nutrient environment and clear water."[91]  An excess of nutrients is also harmful to coral reefs near Marathon.  Nutrient-fed algal blooms are a key stressor associated with reduced coral cover in the Florida Keys: waste nutrients promote algal blooms that shade photosynthesizing corals and lower oxygen levels.[92]

Nutrient loading in Florida waters (and other waters) is generally strongly correlated with seagrass die-offs – nutrient enrichment leads to phytoplankton growth in the water, which reduces light availability to seagrasses.  It also encourages excessive periphyton growth on the seagrasses themselves that further reduces light to the seagrasses.  For the same reasons, high nutrient levels kill corals and harm coral reefs – light reaching the seabed is important for both coral reef and seagrass habitats.

---

[87] 16 U.S.C. § 1539(a)(1)(B); 50 CFR 224.102 (authorizing ITPs for take of marine species).
[88] 16 U.S.C. § 1539(a)(1)(A).
[89] 16 U.S.C. § 1539(a)(1)(B).
[90] DEIS, *supra* note 38, at 192.
[91] *Id*. at 226.
[92] *Id*. at 284.

Notice of Violation and Intent to Sue                                      November 8, 2021

      The complaint that FOLKs intends to file after the notice period elapses will allege that Marathon's discharges of sewage effluent from its shallow wells into the surrounding surface waters injures threatened and endangered species by adding excess nutrients to these waters, thereby causing declines in the quantity and health of coral reefs and seagrass beds and their ability to provide forage, shelter, and other critical habitat functions to threatened and endangered species.  The complaint will allege that the threatened and endangered species injured in this way by Marathon's discharges include all of the species identified above (elkhorn coral, staghorn coral, boulder star coral, mountainous star coral, rough cactus coral, pillar coral, and lobed star coral, American crocodile, green sea turtle, loggerhead sea turtle, hawksbill sea turtle, leatherback sea turtle, Kemp's ridley sea turtle, roseate tern, wood stork, bald eagle, smalltooth sawfish, and West Indian manatee).  These injuries constitute unpermitted "take" of these species, in violation of the Endangered Species Act.

### Other constituents of Marathon's sewage effluent discharges harm these important habitats

      In addition to causing nutrient enrichment of surrounding waters, Marathon's sewage pollution also harms listed species and the habitats they rely on in other ways.  Marathon's sewage pollution contains a wide variety of other pollutants besides nutrients that can harm listed species and their habitats: pharmaceuticals, household chemicals, pesticides, and others.

      Given this mix of pollutants, it is unsurprising that research conducted in Florida has found that exposure to sewage pollution is associated with increased stress in corals, fish, and reptiles, including in some listed species found near Marathon.  This increase in stress leads to immune suppression and a general decrease in health – affected animals are more prone to disease, injury and death.  Similarly, the FKNMS Restoration Blueprint notes that toxins including herbicides and pesticides negatively affect water quality in the immediate waters around the keys.[93]  A number of pesticides and herbicides (for example, DEET) are among the chemicals commonly found in sewage waste.

      Sewage discharges are understood in the scientific literature to pose a threat to corals because they convey pesticides, pharmaceuticals, and other harmful chemicals to reefs, which creates stress on individual corals and on the reef community.  Sewage discharges can alter the microbiome of corals – the microbial community that lives in and on corals and which is vital to their health.  Research conducted in South Florida has also found that sewage effluent can have a direct effect on the microbiome of coral communities located several kilometers away. Even at such a distance, "microbial contaminants can do reach the actual reef corals and may influence the community structure of reef microbiota (and thus presumably influence the health status and resiliency of reef ecosystems)."[94]

      The complaint that FOLKs intends to file after the notice period elapses will also allege that Marathon's sewage plant effluents travel from Marathon's shallow wells to the surface waters surrounding Marathon where they injure fish, turtles, corals and plants by increasing stress on these organisms and cause a general reduction in the health and ability of seagrass and

---

[93] DEIS, *supra* note 38, at 226.
[94] CHRISTOPHER STALEY ET AL., DIFFERENTIAL IMPACTS OF LAND-BASED SOURCES OF POLLUTION ON THE MICROBIOTA OF SOUTHEAST FLORIDA CORAL REEFS (2017), https://doi.org/10.1128/AEM.03378-16.

Notice of Violation and Intent to Sue                                   November 8, 2021

coral reef habitats to successfully reproduce and support the organisms that depend on these habitats.  The complaint will allege that the threatened and endangered species injured in this way by Marathon's sewage effluent discharges include elkhorn coral, staghorn coral, boulder star coral, mountainous star coral, rough cactus coral, pillar coral, and lobed star coral, green sea turtle, loggerhead sea turtle, hawksbill sea turtle, leatherback sea turtle, and Kemp's ridley sea turtle. These injuries constitute unpermitted "take" of these species, in violation of the Endangered Species Act.

Further, a number of chemicals found in sewage are persistent and bioaccumulative, meaning that when they enter the marine environment, they do not degrade.  Instead, they enter the ecosystem, are consumed by all kinds of smaller forms of life and become concentrated in the tissues of fish and animals.

As noted above, one such family of chemicals is per- and poly-fluoroalkyl substances, or PFAS.  PFAS are found in sewage effluents nationwide and FOLKs believes and alleges that PFAS are present in Marathon's sewage effluent discharges.  PFAS pose known health risks to people exposed to them above threshold concentrations, and accumulation of PFAS in the marine environment is leading to high concentrations of these substances in the tissue of fish that people eat and of a number of threatened and endangered species.

Additionally, many of the pharmaceuticals, personal care products, and other chemicals discussed above are also bioaccumulative and affect the behavior and physiology of animals at relatively low concentrations.  This is particularly a concern with pharmaceuticals.  Fish and other animals exposed to pharmaceuticals in ambient water or in the prey they eat have been found to accumulate these chemicals and to suffer adverse physical and behavioral effects. There are many examples of the adverse effects on animals of chemicals found in sewage (including pharmaceuticals, PFAS, personal care products, pesticides, herbicides, and others).  The adverse effects of various of these chemicals include: reduced reproductive success; delayed or incomplete development of sexual organs; growths or tumors; immune system dysfunction; and behavioral changes that reduce an individual's success in avoiding predators and therefore cause increased mortality.

The complaint that FOLKs intends to file after the notice period elapses will allege that Marathon's sewage plant effluents contain pharmaceuticals and other chemicals, including those listed above in this letter, that these pollutants are traveling from Marathon's shallow wells to the surface waters surrounding Marathon, and that once in these surface waters these chemicals injure threatened and endangered species by accumulating to levels that exceed safe thresholds and cause one or more of the adverse effects listed above.  The complaint will allege that the listed species injured in this manner include elkhorn coral, staghorn coral, boulder star coral, mountainous star coral, rough cactus coral, pillar coral, and lobed star coral, American crocodile, green sea turtle, loggerhead sea turtle, hawksbill sea turtle, leatherback sea turtle, Kemp's ridley sea turtle, roseate tern, wood stork, bald eagle, smalltooth sawfish, and West Indian manatee. These injuries constitute unpermitted "take" of these species, in violation of the Endangered Species Act.

Notice of Violation and Intent to Sue                          November 8, 2021

*Marathon's future take of endangered and threatened species is reasonably foreseeable and may be enjoined under the Endangered Species Act*

It is reasonably foreseeable that future shallow well sewage discharges will result in additional prohibited take of corals, fish, and other listed species found near Marathon unless and until shallow well discharges are enjoined.  Activities that are reasonably likely to result in prohibited take may be enjoined under the Endangered Species Act.[95]  The relief FOLKs intends to seek in this matter will include an injunction prohibiting Marathon from operating its shallow sewage wells in the future.

## III.

## PERSONS RESPONSIBLE FOR ALLEGED VIOLATIONS

The person, as defined by Section 502(5) of the Clean Water Act, responsible for the violations alleged in this Notice is the City of Marathon, Florida.  Marathon is a "municipality" as defined in section 502(4) of the Act, 33 U.S.C. § 1362(4), incorporated under the laws of the State of Florida.

FOLKs hereby puts Marathon on notice that if FOLKs subsequently identifies additional persons as also being responsible for the violations set forth above, FOLKs intends to include those persons in this action.

## IV.

## LOCATION OF THE ALLEGED VIOLATION

The violations alleged in this Notice have occurred and continue to occur at the 12 shallow sewage wells, at the unpermitted discharge points from the wells, at all points from which discharges of pollution from the wells have reached waters of the United States, and in the surface waters and aquatic habitats surrounding Marathon.

## V.

## DATES OF VIOLATION

The violations noted in Part II of this Notice relating to unpermitted discharges to waters of the United States have occurred during all instances where discharges from the shallow wells have reached waters of the United States.  On information and belief, these discharges occur daily from all wells, have been occurring daily since at least November 8, 2016, and will continue to occur daily until Marathon abandons use of shallow wells or obtains a NPDES permit and meets the limitations contained in it. These violations will continue to recur as long as the wells are operating, and thus are ongoing. Every day that Marathon discharges sewage plant

---

[95] *See, e.g.*, *Loggerhead Turtle v. County Council of Volusia County*, 896 F. Supp. 1170, 1181-82 (M.D. Fla. 1995) (county enjoined from permitting beach driving where plaintiffs showed it was reasonably likely to result in future take of sea turtles).

Notice of Violation and Intent to Sue                                    November 8, 2021

effluent from a shallow well constitutes a separate violation of the Clean Water Act with respect to each well. Accordingly, FOLKs estimates that Marathon has discharged sewage waste without a permit to waters of the United States, in violation of the Clean Water Act, approximately 21,900 times in the previous five years.

Marathon is liable for the above-described violations occurring prior to the date of this letter, and for every day after the date of this letter that these violations continue. In addition to the violations set forth above, this Notice covers all violations of the Clean Water Act evidenced by information that becomes available to FOLKs after the date of this Notice of Intent to File Suit.[96] These violations are ongoing, and barring full compliance with the permitting requirements of the Clean Water Act, these violations will continue.

FOLKs believes that Marathon has violated the Endangered Species Act by significantly degrading the habitats of endangered and threatened species, and thus harming and harassing these species, on every day for at least the past five years.

# VI.

## **RELIEF REQUESTED**

FOLKs will ask the court to order Marathon to comply with the Clean Water Act and the Endangered Species Act, to pay penalties, and to pay FOLKs' costs and legal fees.

First, FOLKs will seek declaratory relief and injunctive relief to prevent further violations of the Clean Water Act pursuant to Sections 505(a) and (d) of that Act, to prevent further violations of the Endangered Species Act pursuant to Section 11 of that Act,[97] and will seek such other relief as permitted by law. FOLKs will seek an order from the Court requiring Marathon to terminate shallow well discharges or obtain NPDES permit coverage, to end its take of listed species or obtain an incidental take permit, and to correct all other identified violations through direct implementation of control measures and demonstration of full regulatory compliance.

Second, pursuant to Clean Water Act Section 309(d),[98] each separate violation of the Clean Water Act subjects Marathon to a penalty not to exceed $56,460 per day.[99] FOLKs will seek the full penalties allowed by law. The Clean Water Act imposes strict liability, and upon a finding of liability, the Court is required to impose civil penalties, as a matter of law.[100] Penalties for past violations will be imposed regardless of any measures the County may take to eliminate

---

[96] *See, e.g. Public Interest Research Grp. v. Hercules, Inc.*, 50 F.3d 1239, 1248-49 (3d Cir.1995) (a notice that adequately identifies specific violations to a potential defendant also covers repeated and related violations that the plaintiff learns of later. "For example, if a permit holder has discharged pollutant 'x' in excess of the permitted effluent limit five times in a month but the citizen has learned only of four violations, the citizen will give notice of the four violations of which the citizen then has knowledge but should be able to include the fifth violation in the suit when it is discovered.")

[97] 16 U.S.C. 1540

[98] 33 U.S.C. § 1319(d); *see also* 40 C.F.R. § 19.4 (Adjustment of Civil Monetary Penalties for Inflation).

[99] 40 C.F.R. §§ 19.2 and 19.4.

[100] 33 U.S.C. §1319(d); *Atlantic States Legal Foundation, Inc. v. Tysons Foods, Inc.*, 897 F.2d 1128, 1142 (11th Cir. 1990).

its unlawful discharges after initiation of the citizen suit.[101]  Further, because Marathon's neighboring municipalities have invested in deep well injection for sewage effluent disposal, a civil penalty in this case must remove the economic benefit to Marathon resulting from its considerably delayed and avoided expenditures to take the same measures. Importantly, the "economic benefit" factor sets the <u>minimum</u> civil penalty to be imposed by the Court.[102]  Finally, Marathon's intentional avoidance of deep well injection contrary to the Master Plan and the harm it has caused to the receiving waters from its shallow wells for a long period of time constitute aggravating factors in support of a high civil penalty in this case.[103]

Third, pursuant to Clean Water Act Section 505(d) and Endangered Species Act Section 11, FOLKs will seek recovery of litigation fees and costs (including reasonable attorney and expert witness fees) associated with this matter.[104]

## VII.

## <u>PERSONS GIVING NOTICE</u>

The full name, address, and telephone number of the person giving notice is as follows:

Friends of the Lower Keys (FOLKs)
PO Box 420543, Summerland Key, Fl 33042
(305) 872-9358

## VIII.

## <u>IDENTIFICATION OF COUNSEL</u>

FOLKs is represented by legal counsel in this matter who are experienced in Clean Water Act litigation.[105]  The name, address, and telephone number of FOLKs' attorneys are:

---

[101] *Id*. at 1136-37.

[102] *United States v. Smithfield Foods, Inc*., 191 F.3d 516, 529-531 (4th Cir. 1999), *cert. denied, Smithfield Foods, Inc. v. United States*, 531 U.S. 813 (2000); *United States v. Dean Dairy*, 150 F.3d 259, 263-264 (3d Cir.1998); *United States v. Allegheny Ludlum Corp*., 187 F. Supp. 2d 426, 436-437 (W.D. Pa. 2002), *aff'd in part and vacated in part on other grounds United States v. Allegheny Ludlum Corp*., 366 F.3d 164 (3rd Cir. 2004).

[103] 33 U.S.C. §1319(d).

[104]  Citizens have successfully been awarded fees and costs resulting from a municipality's refusal to engage in early settlement discussions in favor of protracted and costly litigation.  *See Suncoast Waterkeeper, Our Children's Earth Foundation and Ecological Rights Foundation v. City of Saint Petersburg, Florida,* 2020 WL 1512486 (Case No. 8:16-cv-3319-T-27AEP, M.D. Fla., March 30, 2020) (awarding approximately $1.184 million to plaintiffs for attorney's fees and costs). 33 U.S.C. § 1365(d).  A plaintiff's fees and costs are recoverable in both Endangered Species Act and Clean Water Act citizen suits. *See* 33 U.S.C. § 1365(d) and 16 U.S.C. § 1540(g).

[105] *See Suncoast Waterkeeper, Our Children's Earth Foundation and Ecological Rights Foundation v. City of Saint Petersburg,* (Case No. 8:16-cv-03319-JDW-AEP, M.D. Fla); *Suncoast Waterkeeper, Our Children's Earth Foundation and Ecological Rights Foundation v. City of Gulfport, Florida,* (Case No. 8:17-cv-00035-SCB-AEP M.D. Fla); *Suncoast Waterkeeper, Our Children's Earth Foundation and Ecological Rights Foundation v. Sarasota*

Notice of Violation and Intent to Sue                                       November 8, 2021

Kathryn Schmidt
Van Ness Feldman LLP
1050 Thomas Jefferson St. NW
Washington DC 20007
(202) 298-1982

Edan Rotenberg
Super Law Group, LLC
110 Wall Street
New York, New York 10005
(212) 242-2355

Josh Migdal
Mark Migdal & Hayden
80 SW 8th Street
Suite 1999
Miami, FL 33130
(305) 374 0440

Caron Balkany, Esq.
P.O. Box 420859
Summerland Key, FL 33042-0859
(305) 849-1073

## XI.

## <u>CONCLUSION</u>

The foregoing provides more than sufficient information to permit Marathon to identify the specific standard, limitation, order and/or regulations alleged to have been violated, the activities alleged to constitute violations, the person or persons responsible for the alleged violations, the locations of the alleged violations, the date or dates of such violations, and the full name, address, and telephone number of the person giving notice.[106]

During the sixty-day notice period, FOLKs is willing to discuss effective remedies for the violations noted in this letter and an appropriate civil penalty that may avoid the necessity of protracted litigation.  If Marathon wishes to pursue such discussions, please contact the undersigned attorney immediately so that negotiations may be completed before the end of the sixty-day notice period.  We do not intend to delay the filing of a complaint in federal court, regardless of whether discussions are continuing at the conclusion of the sixty days.

---

*County, Florida* (Case No. 8:19-cv-00956-WFJ-JSS, M.D. Fla); *Tampa Bay Waterkeeper, Our Children's Earth Foundation and Suncoast Waterkeeper v. City of Largo, Florida* (Case No. 8:20-cv-01742-AAS, M.D. Fla).

[106] 40 C.F.R. §§ 135.3(a), 254.3(a).

Notice of Violation and Intent to Sue                                            November 8, 2021

Very truly yours,

Edan Rotenberg
Super Law Group, LLC
110 Wall Street
New York, New York 10005
(212) 242-2355

cc: (via certified mail, return receipt requested)

Michael Regan, Administrator
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

John Blevins, Acting Regional Administrator
U.S. EPA – Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-8960

Shawn Hamilton, Secretary
Florida Department of Environmental Protection
3900 Commonwealth Boulevard M.S. 49
Tallahassee, FL 32399

Sarah Fangman, Superintendent
Florida Keys National Marine Sanctuary
35 East Quay Road Key West, FL 33040

Deb Haaland, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Martha Williams, Principal Deputy Director
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240

Notice of Violation and Intent to Sue                                      November 8, 2021


Gina Raimondo, Secretary
U.S. Department of Commerce
1401 Constitution Ave., N.W.
Washington, D.C. 20230

Dr. Paul Doremus, Deputy Assistant Administrator
National Marine Fisheries Service
1315 East-West Highway
Silver Springs, M.D. 20901

Notice of Violation and Intent to Sue                                    November 8, 2021

## Appendix A

Area 3

Marathon holds UIC permit no. FLA642851.  The permit was issued by FDEP with an effective date of February 10, 2019 and an expiration date of February 9, 2024.  The location of the facility is:

9805 Overseas Highway
Marathon, FL 33050
Latitude: 24°42' 45.3" N Longitude: 81°5' 14.3" W

Area 3 operates an existing .250 MGD treatment plant. Underground injection of wastewater collected in Area 3 is through an existing 0.500 MGD annual average daily flow permitted capacity underground injection well system consisting of 2 Class V underground injection wells permitted under Department permit number(s) 277618-187 and 277618-188 discharging to Class G-III ground water.  Underground Injection Well System U-001 is located approximately at latitude 24°42' 46" N, longitude 81°5' 14" W.

Area 4

Marathon holds UIC permit no. FLA642851.  The permit was issued by FDEP with an effective date of October 16, 2017, and an expiration date of October 15, 2022.  The facility is located at:

5601 Overseas Highway
Marathon, FL 33050
Latitude: 24°42' 56.6014" N Longitude: 81 4' 21.0603" W

Area 4 is permitted to treat .400 MGD of sewage.  Underground injection of wastewater collected in Area 4 is through an existing 0.400 MGD annual average daily flow permitted capacity underground injection well system consisting of 2 Class V underground injection wells permitted under Department permit number 269177-002-UO/5W discharging to Class G-III ground water. Underground Injection Well System U-001 is located approximately at latitude 27°48' 29" N, longitude 82°23' 4" W.

Area 5

Marathon holds UIC permit no. FLA187364-010.  The permit was issued by FDEP with an effective date of October 24, 2019.  The permit expires on October 23, 2024.  The facility is located at:

City of Marathon Area 5 Little Venice WWTP
506 106th Street Gulf
Marathon, FL 33050
Latitude: 24.43' 44" N Longitude: 81°02' 24" W

Notice of Violation and Intent to Sue                                    November 8, 2021

Area 5 is permitted to treat .450 MGD of sewage.  Permit numbers 41874-010, -011, and -012-UO/5W and Section X of the permit authorize discharge of .450 MGD through an existing shallow well system consisting of three, nominal eight-inch diameter, Class V, Group 3, injection wells.  Underground Injection Well System U-001 is located approximately at latitude 24°43' 44" N, longitude 81°2' 24" W.

Area 6

Marathon holds UIC permits no. FLA579033 and 0351013-001-UO.  The permits were issued by FDEP with an effective date of July 18, 2017.  The permits expire on July 17, 2022.  The facility is located at:

Area 6 Wastewater Treatment Plant
10045-55 Overseas Highway
Marathon FL: 33050
Latitude: 24.43' 51.29" N Longitude: 81.0' 14.05" W

Area 6 is permitted to treat .200 MGD of sewage. Underground injection of wastewater collected in Area 6 and from marine vessel pump-outs is through an existing 0.600 MGD annual average daily flow capacity underground injection well system consisting of 3 Class V underground injection wells permitted under Department permit number 0351013-001-UO discharging to Class G-III ground water. The Underground Injection Well System U-001 is located approximately at latitude 24.45' 54" N, longitude 80.56' 52" W.

Area 7

Marathon holds UIC permit no. FLA705250-001.  The permit was issued by FDEP with an effective date of September 21, 2020.  The permit expires on September 21, 2025.  The facility is located at:

City of Marathon Area 7 WWTP
59275 Overseas Highway
Marathon, FL 33050-6000
Latitude: 24.46' 9.9768" N Longitude: 81$^0$0' 14.05" W

Area 7 is permitted to treat .200 MGD of sewage.  Underground injection of wastewater collected in Area 7 is discharged through a .400 MGD annual average daily flow capacity injection well system consisting of two six-inch Class V, Group 3, injection wells 296990-016 and -017, UC/5W discharging to Class G-III ground water. Underground Injection Well System U-001 is located approximately at latitude 24° 46' 10" N, longitude 80° 56' 30" W.

Notice of Violation and Intent to Sue                                      November 8, 2021

## <u>AREAS 3, 4, 5, 6 & 7[107]</u>





---

[107] "MGD" = million gallons per day permitted discharge volume (UIC permits)
"WOTUS" = Waters of the United States

*Maps are for illustrative purposes only. Measurements are approximate and will be confirmed through field study.*

Notice of Violation and Intent to Sue                                    November 8, 2021

# AREA 3



Notice of Violation and Intent to Sue                                    November 8, 2021

## AREA 4



Notice of Violation and Intent to Sue                                        November 8, 2021

## **AREA 5**



Notice of Violation and Intent to Sue                                    November 8, 2021

## **AREA 6**





Notice of Violation and Intent to Sue                                  November 8, 2021

## **AREA 7**



Notice of Violation and Intent to Sue                                                      November 8, 2021

### Appendix B
### PPCPs commonly found in sewage and alleged to be in Marathon's sewage

| | | | |
|---|---|---|---|
| 1,7-Dimethylxanthine | Clarithromycin | Glyburide | Promethazine |
| 10-hydroxy-amitriptyline | Clinafloxacin | Hydrochlorothiazide | Propoxyphene |
| 17 alpha-Dihydroequilin | Clonidine | Hydrocodone | Propranolol |
| 17 alpha-Estradiol | Clotrimazole | Hydrocortisone | Ranitidine |
| 17 alpha-Ethinyl-Estradiol | Cloxacillin | Ibuprofen | Rosuvastatin |
| 17 beta-Estradiol | Cocaine | Iopamidol | Roxithromycin |
| 2-Hydroxy-ibuprofen | Codeine | Isochlortetracycline (ICTC) | Sarafloxacin |
| 4-Epianhydrochlortetracycline (EACTC) | Colchicine | Lincomycin | Sertraline |
| 4-Epianhydrotetracycline (EATC) | Cotinine | Lomefloxacin | Simvastatin |
| 4-Epichlortetracycline (ECTC) | Cyclophosphamide | Medroxyprogesterone Acetate | Sulfachloropyridazine |
| 4-Epioxytetracycline (EOTC) | Daunorubicin | Melphalan | Sulfadiazine |
| 4-Epitetracycline (ETC) | DEET | Meprobamate | Sulfadimethoxine |
| Acetaminophen | Dehydronifedipine | Mestranol | Sulfamerazine |
| Albuterol | Demeclocycline | Metformin | Sulfamethazine |
| Allyl Trenbolone | Desmethyldiltiazem | Methylprednisolone | Sulfamethizole |
| Alprazolam | Desogestrel | Metoprolol | Sulfamethoxazole |
| Amitriptyline | Diatrizoic acid | Metronidazole | Sulfanilamide |
| Amlodipine | Diazepam | Miconazole | Sulfathiazole |
| Amphetamine | Digoxigenin | Minocycline | Tamoxifen |
| Amsacrine | Digoxin | Moxifloxacin | Teniposide |
| Androstenedione | Diltiazem | Naproxen | Testosterone |
| Androsterone | Diphenhydramine | Norethindrone | Tetracycline (TC) |
| Anhydrochlortetracycline (ACTC) | Doxorubicin | Norfloxacin | Theophylline |
| Anhydrotetracycline (ATC) | Doxycycline | Norfluoxetine | Thiabendazole |
| Atenolol | Drospirenone | Norgestimate | Trenbolone |
| Atorvastatin | Enalapril | Norgestrel | Trenbolone acetate |
| Azathioprine | Enrofloxacin | Norverapamil | Triamterene |
| Azithromycin | Equilenin | Ofloxacin | Triclocarban |
| Benzoylecgonin | Equilin | Ormetoprim | Triclosan |
| Benztropine | Erythromycin-H2O | Oxacillin | Trimethoprim |
| Betamethasone | Estriol | Oxazepam | Tylosin |
| Bisphenol A | Estrone | Oxolinic Acid | Valsartan |
| Busulfan | Etoposide | Oxycodone | Venlafaxine |
| Caffeine | Flumequine | Oxytetracycline (OTC) | Verapamil |
| Carbadox | Fluocinonide | Paroxetine | Virginiamycin M1 |
| Carbamazepine | Fluoxetine | Penicillin G | Warfarin |
| Chlortetracycline (CTC) | Fluticasone propionate | Penicillin V | Zidovudine |
| Cimetidine | Furosemide | Prednisolone | |
| Ciprofloxacin | Gemfibrozil | Prednisone | |
| Citalopram | Glipizide | Progesterone | |