UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case Number: 22-10002-CIV-MARTINEZ**

FOLKS – FRIENDS OF THE LOWER
KEYS, LLC,

     Plaintiff,

v.

CITY OF MARATHON, FLORIDA,

     Defendant.

_____/

## ORDER APPROVING CONSENT DECREE

**THIS CAUSE** came before this Court upon the parties' Joint Motion for Approval and Entry of Consent Decree, (ECF No. 38). After careful consideration, it is hereby **ORDERED and ADJUDGED** as follows:

1.    The parties' Joint Motion for Approval and Entry of Consent Decree, (ECF No. 38), is **GRANTED**. This Court has reviewed the parties' proposed Consent Decree, (ECF No. 36-1), and finds that the terms are fair, reasonable, in the best interests of the public and parties, and are consistent with the purposes of the Clean Water Act, 33 U.S.C. §§ 1251, *et seq.* Accordingly, the Consent Decree, (ECF No. 36-1), is **APPROVED** and **ENTERED**.

2.    This Court shall retain jurisdiction to enforce the Consent Decree.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of February, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record